GERALDINE WEISS, appellant,

*v.*

SOL C. MAX (also known as SOL C. MARX), individually and
as administrator *cum testamento annexo* of the estate of
Jacob Max, deceased, PHILIP MAX, CLINTON MILK
COMPANY, a corporation of the State of New Jersey, and
JAYMAX REALTY COMPANY, a corporation of the State
of New Jersey, respondents.

[Submitted October term, 1944. Decided January 4th, 1945.]

*Mr. Allan L. Tumarkin,* for the appellant.

*Mr. Milton Unger,* for Sol C. Max, individually, &c., and
Jaymax Realty Co.

*Mr. Benjamin M. Weinberg,* for Philip Max and Clinton
Milk Company.

PER CURIAM.

The appellant brings this appeal because her bill to impose
a trust in her favor was dismissed on grounds stated in the
opinion below, and also because of lack of proof to sustain
the contentions. A careful examination of the record and
briefs satisfies us that the decree should be affirmed.

The decree is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE,
BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAF-
FERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.